Edward A. Miller, Appellee, v. Frederick's Brewing Company, Appellant.

Gen. No. 44,461.

opinion
filed May 10, 1949; rehearing denied May 24, 1949; released for publication June 3, 1949. Freeman & Freeman, for appellant; Adolph L. Haas and Earl Freeman, of counsel; Alice M. Heerey, for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.